IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:19-cv-2255 |
| v. | ) Hon. Matthew F. Kennelly |
| AAA Hospitality, LLC, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AAA HOSPITALITY
UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant AAA Hospitality, LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

           Respectfully submitted,

           BLACKMORE LAW PLC

           /s/ Angela C. Spears
           Angela C. Spears (IL Bar #: 6327770)
           BLACKMORE LAW PLC
           9418 Lindsay St.
           Orland Hills, IL 60487
           T: (833) 343-6743
           F: (855) 744-4419
           E: aspears@blackmorelawplc.com
           *Counsel for Plaintiff*

Dated: July 30, 2019