# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Howard Cohan

                Plaintiff,

v.                                                     Case No.: 1:19−cv−02255

                                                               Honorable Matthew F. Kennelly

AAA Hospitality, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

        MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the notice of voluntary dismissal, case is dismissed with prejudice. The 7/31/2019 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.